# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 739 |
| | : | |
| APPOINTMENT TO THE DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2023, Ned Hark, Esquire, Philadelphia, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term expiring April 1, 2027.